AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.

TOMMY GERON WILKEY

Case No. 3:19-cr-00349-HZ

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **TOMMY GERON WILKEY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Methamphetamine

Date: 08/07/2019

City and State: Portland, OR

s/J Norgate
*Issuing officer's signature*

J Norgate, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**UNDER SEAL**

FILED 7 AUG'19 15:22USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00349-HZ |
| v. | **INDICTMENT** |
| TOMMY GERON WILKEY, | 21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C) |
| Defendant. | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(B))**

In or about April 19, 2017, in the District of Oregon, defendant **TOMMY GERON WILKEY** did unlawfully and knowingly possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

/ / / /

/ / / /

/ / / /

/ / / /

**Indictment**                                                                                                               **Page 1**
Revised April 2018

## COUNT 2
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1), (b)(1)(C))

In or about June 12, 2019, in the District of Oregon, defendant **TOMMY GERON WILKEY** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1 or Count 2, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: August 7TH, 2019

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

WILLIAM M. NARUS CASB #243633
Assistant United States Attorney